HARRY ESTELLE, PLAINTIFF-RESPONDENT, v. BOARD OF EDUCATION OF THE BOROUGH OF RED BANK, DEFENDANT-PETITIONER.

*Messrs. Durand, Ivins & Carton* for the petitioner.

*Mr. Thomas F. Shebell* and *Mr. John A. Laird* for the respondent.

September 14, 1953. Granted.

FRANCIS A. VOGT, JR., PETITIONER-PETITIONER, v. BOROUGH OF BELMAR, RESPONDENT-RESPONDENT.

*Mr. Stephen D. Maguire* and *Mr. Thomas F. Shebell* for the petitioner.

*Messrs. Cox & Walburg* and *Mr. Arthur F. Mead* for the respondent.

September 14, 1953. Granted.